# UNITED STATES DISTRICT COURT FOR THEN NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTINEZ, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO:<br><br>2:12-CV-2146 |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant and Counter-Claim Plaintiff, Martinez, Inc. ("Martinez") in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the following Order of the Court:

1.  The Court's Final Order and Memorandum Opinion dated September 25, 2014. (Documents 48 and 49).

Respectfully submitted this 24th day of October, 2014.

<u>s/Richard A. Bearden</u>
Richard A. Bearden (ASB-0873-E41R
rbearden@msnattorneys.com

Of Counsel:
Massey, Stotser & Nichols, PC
1780 Gadsden Highway
Birmingham, Alabama 35235
(205) 838-9000
(205) 838-9071

# UNITED STATES DISTRICT COURT FOR THEN NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SCOTTSDALE INDEMNITY COMPANY,** | ) ) ) | **CIVIL ACTION NO:** |
| **Plaintiff,** | ) ) ) | **CV 12-BE-2146-S** |
| vs. | ) ) | |
| **MARTINEZ, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, I have served the foregoing document via the Court's CM/ECF and/or by placing a copy of the same in the United States Mail, first class postage affixed and properly addressed to:

Wayne Morse, Jr.
Waldrep, Stewart & Kendrick, LLC
2323 Second Ave. North
Birmingham, AL  35203
(205) 254-3216

Michael G. Kendrick
Waldrep, Stewart & Kendrick, LLC
2323 Second Ave. North
Birmingham, AL  35203
(205) 254-3216

Duncan L. Clore
Strasburger & Price, LLP
901 Main Street
Suite 4400
Dallas, TX  75202-3794
(214) 651-4550

Michael Keeley
Strasburger & Price, LLP
901 Main Street
Suite 4400
Dallas, TX  75202-3794
(214) 651-4550

s/Richard A. Bearden
Of Counsel